O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON BALLADAREZ, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, **Acting Commissioner of Social Security,** <br><br> Defendant. | NO. CV 13-9490-MAN <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order. In accordance with the Memorandum Opinion and Order, Defendant is directed to hold a hearing within one hundred twenty (120) days of this Judgment before an Administrative Law Judge other than James D. Goodman and, within sixty (60) days of the hearing, issue a decision that complies with the Court's Memorandum Opinion and Order.

DATED: December 16, 2014

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE