# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIMON BALLADAREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. 2:13-CV-09490-MAN<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Pursuant to the Stipulation For The Award And Payment Of Attorney Fees that was filed on February 25, 2015, IT IS ORDERED that Equal Access To Justice Act ("EAJA") fees are awarded in the amount of five thousand, eight hundred dollars and no cents ($5,800.00), and costs in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: February 26, 2015

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE